UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.M.,<br><br>                             Petitioner,<br><br>v.<br><br>Christopher J. LaROSE, et al.,<br><br>                         Respondents. | Case No.: 25-cv-3186-AGS-DEB<br><br>**ORDER GRANTING HABEAS CORPUS PETITION (ECF 1)** |

For the reasons stated on the record at the December 4, 2025 hearing, petitioner R.M.'s petition for a writ of habeas corpus is **GRANTED** because respondents are unlawfully detaining him under 8 U.S.C. § 1225.

Respondents are ordered to release R.M. from custody forthwith and no later than Saturday, December 6, 2025, by 5:00 p.m., subject to the conditions of his March 2024 order of release on his own recognizance. Respondents may file any notice of compliance by the next business day.

Dated: December 4, 2025

_____
Hon. Andrew G. Schopler
United States District Judge